UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-CR-38 (ACR) |
| v. | : | |
| ROBERT POWELL, | : | |
| CARTER ROHN, and | : | |
| EMILY HERNANDEZ | : | |
| Defendants. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.  Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052


By: */s/ Alexandra Hughes*
    Alexandra S. Hughes
    D.C. Bar No. 1531596
    Kevin L. Rosenberg,
    OH Bar No. 0081448
    Assistant United States Attorneys
    United States Attorney's Office
    601 D Street N.W.
    Washington, D.C. 20530

    Jessica Peck
    NY Bar No. 5188248
    Aurora Fagan
    FL Bar No. 188591
    Trial Attorneys
    Computer Crime and Intellectual Property Section
    1301 New York Avenue
    Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 24-CR-38 (ACR)** |
| v. : | |
| : | |
| : | |
| **ROBERT POWELL,** : | |
| **CARTER ROHN, and** : | |
| **EMILY HERNANDEZ** : | |
| : | |
| **Defendants.** : | |
| : | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e) subject to a Protective Order issued in this matter, and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered Protective Order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date:

_____
THE HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE