IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case Number: 24CR38 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT POWELL | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**NOW COMES** the Defendant, Mr. Robert Powell, by and through one of his attorneys, Gal Pissetzky, and respectfully requests that this Honorable Court modify his release conditions as outlined below. In support thereof, Mr. Powell states as follows:

1. On February 2, 2024, Magistrate Judge Weisman released Mr. Powell on an agreed upon unsecured bond with certain conditions, including home detention.

2. Mr. Powell has been in full compliance with all his release conditions.

3. Mr. Powell's longtime girlfriend's 30th birthday is on April 23, and Mr. Powell would like to celebrate with her and her family.

4. Mr. Powell is respectfully requesting that he be allowed to leave his home on April 23, 2025, between 7am and 8:30pm to be able to attend the birthday events.

5. Pretrial and the government are not objecting to this request.

6. All other release conditions shall remain in effect.

**WHEREFORE**, Mr. Powell respectfully requests that this Honorable Court grant his motion and modify his conditions of release as stated above.

Respectfully submitted,

/s/ Gal Pissetzky

2

Gal Pissetzky
Attorneys for Mr. Powell
601 Skokie Blvd., Suite 504
Northbrook IL 60062
(847)736-7756

**CERTIFICATE OF SERVICE**

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**UNOPOSSED MOTION TO MODIFY CONDITIONS OF RELEASE**

was served on April 22, 2025, pursuant to the district court's ECF filers to the following:

Respectfully submitted,

/s/ Gal Pissetzky_____
Gal Pissetzky