UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT POWELL, | ) | Case No. 24-cr-38 (ACR) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take note that Sungtae Kang, Assistant United States Attorney for the District of Columbia, hereby enters his appearance in the above-captioned case on behalf of the United States of America.

Dated: February 3, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Sungtae Kang
Sungtae Kang, Virginia Bar No. 90100
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 431-0569
Sungtae.Kang@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:     /s/ Sungtae Kang
        Assistant United States Attorney
